

FILED

SEP 2 1 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
            DEPUTY CLERK

1  LAWRENCE G. BROWN
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2797

5



6  SEALED

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  IN RE:                              )    2:09-SW--313  GGH
                                        )
12  SEARCH WARRANTS AUTHORIZED          )
    FOR THE PREMISES LOCATED AT:        )
13                                      )
    18352 North Canyon Road             )    ORDER FOR DESTRUCTION OF BULK
14  Nevada City, California             )    MARIJUANA SEIZURE
                                        )
15                                      )
                                        )
16                                      )
                                        )
17                                      )
                                        )
18                                      )
                                        )
19                                      )
    _____)
20

21        The United States applied for an order permitting its agents

22  to destroy bulk marijuana that it expects to seize in this matter

23  pursuant to a duly authorized search warrant.  Having read and

24  considered the papers filed by the United States, and good cause

25  appearing therefrom:

26        IT IS HEREBY ORDERED that the DEA and other investigative

27  agencies involved in the investigation of this matter are

28  authorized to destroy, forthwith, any bulk marijuana seized during

                                 1

1 | the investigation.  For evidentiary purposes, the marijuana plants

2 | shall be counted and, if possible, weighed.  Additionally, any

3 | seized marijuana gardens shall be photographed and/or videotaped,

4 | and a representative sample taken from each location, which shall

5 | be preserved until further order of this court.

6 |

7 | Dated: September 21, 2009

GREGORY G. HOLLOWS

GREGORY G. HOLLOWS
U.S. Magistrate Judge